## John M. Bransfield Co., Appellant, v. Bertha V. Wilson, et al., Appellees.

### Gen. No. 41,454.

opinion filed April 14, 1941. Geary V. Stibgen, for appellant; Johntry & FitzGerald, for appellees; Bertha V. Wilson and Charles J. Wilson, John O'C. FitzGerald, of counsel. Opinion by JUSTICE McSURELY. "Not to be published in full."